IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE K. CLARKE,

      Petitioner,            No. 2:12-cv-1565 DAD P

   vs.

SHASTA COUNTY JAIL,

      Respondent.         <u>ORDER</u>

_____/

      Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1         2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2   pauperis form used by this district.
3   DATED: June 21, 2012.

                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

DAD:kly
clar1565.101a